ISIE SIEGEL v. S. HANDELMAN, INC., and Others.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ISIE SIEGEL v. S. HANDELMAN, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

GUSTAV PIPPIG, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH OSTROFF and Another, Appellants, v. GEORGE DOCTOR, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE EBLING BREWING COMPANY, Respondent, v. GIOVANNI SARRACINO and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling, J., dissenting on the ground that there is no competent or sufficient proof of the amount due under the bond and mortgage in suit.

TEOFILO ZANCHELLI and Another, Appellants, v. HENRY ELIAS BREWING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES S. WATERHOUSE, Appellant, v. JAMES IMBRIE and Others, Engaged in Business, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Merrell, JJ.; Smith, J., dissenting.

COSMOPOLITAN CREDIT CORPORATION, Respondent, v. MARVIN & DAVID REALTY CORPORATION, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling, J., dissenting on the authority of *London Realty Co. v. Coleman Stable Co.* (140 App. Div. 495); *Lord v. Yonkers Fuel Gas Co.* (99 N. Y. 547).

THE GOODYEAR TIRE & RUBBER COMPANY, INC., on Behalf of Itself and All Other Creditors of JACOB NOSOVITSKY, Doing Business under the Firm Name and Style of NATIONAL TIRE COMPANY, Respondent, v. JACOB NOSOVITSKY, Doing Business under the Firm Name and Style of NATIONAL TIRE COMPANY, Impleaded with DOWNING TIRE STORES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE GOODYEAR TIRE & RUBBER COMPANY, INC., on Behalf of Itself and All Other Creditors of JACOB NOSOVITSKY, Doing Business under the Firm Name and Style of NATIONAL TIRE COMPANY, Respondent, v. JACOB NOSOVITSKY, Doing Business under the Firm Name and Style of NATIONAL TIRE COMPANY, Impleaded with DOWNING TIRE STORES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARGARET VON MALTZAHN, Appellant, v. CYNTHIA BURDEN, Impleaded with JOHN KELLY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BOATMEN'S BANK OF ST. LOUIS, Respondent, v. THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, Impleaded with Others.